# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12 cr 29

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **KELCIE CHEYNE GEORGE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Continue (#11) filed by counsel for Defendant. Although the motion references that it is a motion to continue the trial of this matter, it appears the motion is actually a motion to continue a Rule 11 proceeding that is scheduled for March 19, 2013. It appears to the undersigned from an examination of the motion that good cause has been shown for the granting of the motion and the government does not oppose the granting of the motion. As a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#11) in the above entitled matter is hereby **ALLOWED** and the Rule 11 proceeding scheduled in this matter is continued from March 19, 2013 to a later session of this Court**.**

Signed: March 20, 2013

Dennis L. Howell
United States Magistrate Judge